JOSEPH LANASA *v.* ANTHONY LANASA ET AL

[No. 59, October Term, 1938.]

*Decided January 10th, 1939.*

The cause was submitted on briefs to BOND, C. J., OF-FUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Dorsey J. Dunlap,* for the appellant.

*Joseph E. Cohen* and *Edward L. Ward,* for the appellees.

BOND, C. J., delivered the opinion of the Court.